## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EDWIN KING,** : | |
|     Petitioner : | |
| : | No. 1:24-cv-01628 |
|     v. : | |
| : | (Judge Kane) |
| **JESSICA SAGE, Warden Lewisburg** : | |
| **Prison Camp,** : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 24th day of January 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner James Edwin King ("King") (Doc. No. 1), Respondent's response in opposition to the petition (Doc. No. 6), and King's "Motion to Strike Respondent Warden's Response to Petition for Writ of Habeas Corpus as Non-Responsive or in the Alternative Grant Petitioner Habeas Corpus Discharge from Institutional Incarceration in State of Pennsylvania to Prerelease Custody of Home Confinement in Home State of Maryland" (Doc. No. 8), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. King's "Motion to Strike Respondent Warden's Response to Petition for Writ of Habeas Corpus as Non-Responsive or in the Alternative Grant Petitioner Habeas Corpus Discharge from Institutional Incarceration in State of Pennsylvania to Prerelease Custody of Home Confinement in Home State of Maryland" (Doc. No. 8) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                          s/ Yvette Kane  
                                          Yvette Kane, District Judge  
                                          United States District Court  
                                          Middle District of Pennsylvania